1156

No. 00–7179.  ANDERSON v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7180.  MORELAND v. BARRY ET AL.  Ct. App. D. C. Certiorari denied.

No. 00–7181.  ROGERS v. ROBINSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–7190.  CHELETTE v. HARRIS, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–7193.  REVERE v. FOSTER, GOVERNOR OF LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–7196.  RAY v. WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7198.  SOWELL v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–7199.  RANDALL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–7201.  SHOFNER v. COMACHO ET AL.  C. A. 6th Cir. Certiorari denied.

No. 00–7202.  SACCO v. COOKSEY, WARDEN, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–7205.  LAMBERT v. McGINNIS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 00–7206.  PANOV v. TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 00–7209.  McMANUS v. ATLANTIC SUGAR ASSN. ET AL. C. A. 11th Cir.  Certiorari denied.

No. 00–7217.  TAJIDDIN v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.